IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 19 2010

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:02MJ64 |
| vs. | ) | ORDER FOR DISMISSAL |
| LUCAS JOHN HELDER, | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Motion for Dismissal. The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Complaint filed herein as to the Defendant, LUCAS JOHN HELDER.

2. The Complaint filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, LUCAS JOHN HELDER.

BY THE COURT:

July 19, 2010

_____
F.A. GOSSETT III
United States Magistrate Judge